# FEDERAL COMPLAINT
## WESTERN DISTRICT WISCOSNIN HONORABLE JUDGE WEISSMANN

FILED/REC'D
2023 MAY 17 A 9:56
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

**Defendant:**
Madison Public Library
staff and director Greg Mickells

**Plaintiff:**
Lord Randin Divelbiss

23-cv-330-jdp

On may 2nd ' friends of the library ' , a club met for composing a lawsuit at a computer terminal. Many of the members were waiting for me to complete another brilliant composition, they were off on the couches reading biographies of Mozart and other books. I began hearing yelling and texted my friends . My Friends alerted me to the source of this loud noise from a 'reference station' . They quickly began 'AUDITING' this unpleasant disturbance of peace along with their speech.
I had said " we should go these librarians are excessive loud and disrupting my Creative flow.
As they are book-writers themselves , and as most Book writers know the opposite of 'writers's block' is 'the Flow'. I was beginning let the words flow and pour out when these …. these …. ROBOTS… began disrupting it with their un-creative speech. I did finish my piece which as most pieces are 'short & sweet' as I use an 'FBI STYLE' compositione method of stating nothing but facts then supporting them with VIDEO EVIDENCE as 'Exhibits.'.
As with past lawsuits both in the arena of Tort / Injury , I am noting WE have the video evidence **(VIDEO EXHIBITS 1-3)** COMPLETE WITH AUDIO as to what we said, I said , and anything that was 'said' because a few days later we received an email 'banning ' us and Randin from the use of computers .Also is affadavit signed by Compatriots that witnessed this Constitutional Violation .
This not Only violates freedom of press but as the ALA has already addressed many times , violation to Constitution . Many libraries across the usa have similarly banned books and speech creating VICTIMS like myself to their Communist style library censorship.
We now ask the federal court to take our case and upohold the U.s. constitution and RULE these loud , obnoxious robotic 'reference' staff and 'director' are not above the constitution and to assert are rights to computers to compose and print .
Signed by Plaintiff :

_____   May 8,2023