IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RANDIN DIVELBISS,

    Plaintiff,

  v.

MADISON PUBLIC LIBRARY STAFF
and DIRECTOR GREG MICKELLS,

    Defendants.

Case No. 23-cv-330-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants against plaintiff dismissing this case for failure to state a claim upon which relief may be granted.

/s/ Deputy Clerk  
Joel Turner, Clerk of Court

04/15/2024  
Date